JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 560 -- In re Letterman Brothers Energy Program Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/09/07 | 1 | MOTION/BRIEF w/SCHEDULE -- Letterman Brothers Energy Program 1980-2; Letterman Brothers Energy Program 1980-5; Letterman Brothers Energy Program 1980-6; Letterman Brothers Energy Program 1980-10; Letterman Brothers Energy Program 1981-1; Letterman Brothers Energy Program 1981-5; Letterman Brothers Energy Program 1981-6; Letterman Brothers Energy Program 1981-7; Letterman Brothers Energy Program 1981-8; Letterman Brothers Energy Program 1981-9; Letterman Brothers; Letterman Transaction Services, Inc.; Bryce L. Letterman; Scott M. Letterman; and LB Oil and Gas, Inc. -- SUGGESTED TRANSFEREE DISTRICT: N.D. Texas SUGGESTED TRANSFEREE JUDGE: w/EXHIBITS AND CERT. OF SVC. (jsj) |
| 83/09/16 | | APPEARANCES: Robert L. Lofts for plaintiffs Richard J. Stuart, et al. Richard A. Sayles for defendants Bryce L. Letterman, Scott Letterman and Letterman Transaction Services, Inc. Robert B. Cousins, Jr. for defendant BancTexas Dallas N.A. (jsj) |
| 83/09/19 | | APPEARANCES: Kevin Clark for David V. Frederking as Trustee in Bankruptcy for Wells-Battelstein Oil & Gas, Inc. Donald L. Martin for Walter D. Wells, Jr. J. Albert Kroemer for Donald A. Drake, et al. David M. Mills for Total Petroleum, Inc. William A. Wineberg for the "Letterman Parties" (jsj) |
| 83/09/22 | | APPEARANCE: Joseph F. Speelman for Koch Oil Company (jsj) |
| 83/09/22 | 2 | RESPONSE/BRIEF/MEMORANDUM -- plaintiffs Stuart, et al. -- w/Exhibits and amended cert. of svc. (jsj) |
| 83/09/27 | 3 | REPLY -- Letterman Parties -- w/cert. of svc. (jsj) |
| 83/09/28 | | HEARING ORDER -- Setting motion of the "Letterman Parties" to transfer A-1 thru A-10 for hearing on November 1, 1983 in Savannah, Georgia. (jsj) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 560 --

| Date | | Pleading Description |
|---|---|---|
| 83/09/28 | 4 | RESPONSE -- BancTexas Dallas, N.A. -- w/cert. of svc. (jsj) |
| 83/10/27 | | WAIVER OF ORAL ARGUMENT -- All waived. (jsj) |
| 83/11/01 | 5 | LETTER -- re: Bankruptcy of deft. Barry L. Battlestein w/svc. and a copy of Notice of Bankruptcy -- filed by Rosemary E. Williams, Esq. (ds) |
| 83/11/25 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of litigation to Judge Robert M. Hill (cds) |
| 83/11/25 | | TRANSFER ORDER -- Transferring A-10 to the N.D. Texas for assignment to Judge Robert M. Hill, DENIED transfer of Kansas actions (A-4 through A-9) -- Notified involved judges, clerks counsel, and misc. recipients (cds) |
| 84/03/27 | | *Filed Today* CONDITIONAL REMAND ORDER -- A-10 Richard J. Stuart, et al. v. Letterman Brothers Energy Program 1980-2, et al., N.D. Texas, C.A. No. CA3-2098D (N.D. California, C.A. No. C82-3700-EFL) -- Notified involved judge and counsel (rh) - Suggestion for Remand -- A-10 Stuart Letterman, N.D. Texas, C.A. No. 3-2098D - from Judge Hill. (rh) |
| 84/04/11 | | CNDITIONAL REMAND ORDER FINAL TODAY -- A-10 Stuart, et al. v. Letterman Brothers Energy Program 1980-, et al., N.D. Tex., C.A. No. CA3-3098L (N.D. Cal., C.A. No. C8-3700. Notified involved clerks and judges. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 560 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LETTERMAN BROTHERS ENERGY PROGRAM SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 1, 1983 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/25/83 | TO | Unpublished | N.D. Texas | Robert M. Hill | |

### Special Transferee Information

DATE CLOSED: 9/20/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

N.D. Tex. Judge

DOCKET NO. 560 -- In re Letterman Brothers Energy Program Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Donald A. Drake, et al. v. Letterman Transaction Services, Inc., et al. | N.D.Tex. Hill | CA 3-82-1032-D | | | 8/20/84 D | |
| A-2 | Letterman Brothers Energy Program 1980-2, et al. v. BancTexas Dallas, N.A., et al. | N.D.Tex. Taylor | CA-3-83-0051-C* | | | 8/20/84 D | |
| A-3 | Richard J. Stuart, et al. v. Letterman Brothers Energy Program 1980-2, et al. | N.D.Tex. Sanders | CA-3-83-1063-H* | | | 8/20/84 D | |
| A-4 | Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy Program 1980-2, et al. | D.Kans. Kelly | 83-1087 | Denied | | | |
| A-5 | Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy Program 1980-10, et al. | D.Kans. Kelly | 83-1090 | Denied | | | |
| A-6 | Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy Program 1981-3, et al. | D.Kans. Kelly | 83-1092 | Denied | | | |
| A-7 | Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy Program 1981-6, et al. | D.Kans. Kelly | 83-1088 | Denied | | | |
| A-8 | Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy Program 1981-8, et al. | D.Kans. Kelly | 83-1089 | Denied | | | |
| A-9 | Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy Program 1981-9, et al. | D.Kans. Kelly | 83-1091 | Denied | | | |

*Actions consolidated with A-1

DOCKET NO. 560 -- In re Letterman Brothers Energy Program Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Richard J. Stuart, et al. v. Letterman Brothers Energy Program 1980-2, et al. | N.D.Cal. Lynch | C82-3700 EFL | 11/25/83 | CA 3-2098D | Remand (82-3700 EFL) 3/27/84 | 4/11/84 R |

July 1984 — 1 TR/3 XY2/1 Rem/3 Pdg.

July 1985 — Docket closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 560 -- In re Letterman Brothers Energy Program Securities Litigation

Revised 9/20/83

| | |
|---|---|
| ✓DONALD A. DRAKE, ET AL (A-1)<br>J. Albert Kroemer, Esq.<br>Vetter, Bates, Tibbals, Lee & DeBusk<br>2468 One Main Place<br>Dallas, Texas  75250<br><br>✓LETTERMAN BROTHERS ENERGY PROGRAM<br>  1980-2 (Pltf A-2/deft)<br>William A. Wineberg, Esq.<br>Broad, Schulz, Larson & Wineberg<br>One California Street<br>14th Floor<br>San Francisco, CA  94111<br><br>✓RICHARD J. STUART, ET AL (A-3,10)<br>Robert L. Lofts, Esq.<br>Severson, Werson, Berke & Melchior<br>One Embarcadero Center, Suite 2500<br>San Francisco, CA  94111<br><br>DAVID V. FREDERKING AS TRUSTEE IN<br>  BANKRUPTCY FOR WELLS-BATTELSTEIN<br>  OIL & GAS, INC. (Pltf A-4,5,6,7,8,9/<br>  deft)<br>Kevin Clark, Esq.<br>3300 Texas Commerce Tower<br>Houston, Texas  77002<br><br>✓BANCTEXAS DALLAS, N.A.<br>Robert B. Cousins, Jr., Esq.<br>Shank, Irwin & Conant<br>4100 Thanksgiving Tower<br>Dallas, Texas  75201 | LETTERMAN BROTHERS ENERGY PROGRAM<br>  1980-5<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1980-6<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1980-10<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1981-1<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1981-3<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1981-5<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1981-6<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1981-7<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1981-8<br>LETTERMAN BROTHERS ENERGY PROGRAM<br>  1981-9<br>William A. Wineberg, Esq.<br>  (Listed above)<br><br>✓LETTERMAN BROTHERS<br>✓BRYCE L. LETTERMAN<br>✓SCOTT LETTERMAN<br>✓LETTERMAN TRANSACTION SERVICES, INC.<br>✓LB OIL & GAS, INC.<br>Richard A. Sayles, Esq.<br>2500 South Tower<br>Plaza of the Americas<br>Dallas, Texas  75201<br><br>TOTAL PETROLEUM, INC.<br>David M. Mills, Esq.<br>Dale, Hickman & Mills<br>P.O. Box 896<br>Arkansas City, Kansas  67005 |

```
JPML FORM 4A -- Continuation
                                    Panel Attorney Service List -- p.  2

DOCKET NO.  560  --  _____
```

✓ WALTER D. WELLS, JR.
Donald L. Martin, Esq.
2800 Brazos
Houston, Texas  77006

BARRY L. BATTELSTEIN, Pro Se (No App. Rec'd)
✓ Barry L. Battelstein, Esq.
5373 W. Alabama, Suite 305
Houston, Texas  77056


Marty Maclaskey
dba Eureka Crude Purchasing
111 West 3rd Street
Eureka, Kansas  67045

Square Deal Oil Co., Inc.
P.O. Box 883
Chanute, Kansas  66720

KOCH OIL COMPANY
Joseph F. Speelman, Esq.
P.O. Box 2256
Wichita, Kansas  67201

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 560 -- In re Letterman Brothers Energy Program Securities Litigation

Revised March 1984 to delete counsel in actions not transferred.

DONALD A. DRAKE, ET AL. (A-1)
J. Albert Kroemer, Esq.
Vetter, Bates, Tibbals, Lee &
  DeBusk
2468 One Main Place
Dallas, Texas  75250

LETTERMAN BROTHERS ENERGY PROGRAM
1980-2 (Pltf A-2)(deft)
William A. Wineberg, Esq.
Broad, Schulz, Larson & Wineberg
One California Street
14th Floor
San Francisco, CA  94111

RICHARD J. STUART, ET AL. (A-3)(A-10)
Robert L. Lofts, Esq.
Severson, Werson, Berke & Melchior
One Embarcadero Center
Suite 2500
San Francisco, CA  94111

BANCTEXAS DALLAS, N.A.
Robert B. Cousins, Jr., Esq.
Shank, Irwin & Conant
4100 Thanksgiving Tower
Dallas, Texas  74201

LETTERMAN BROTHERS
BRYCE L. LETTERMAN
SCOTT LETTERMAN
LETTERMAN TRANSACTION SERVICES, INC.
LB OIL & GAS INC.
Richard A. Sayles, Esq.
2500 South Tower
Plaza of the Americas
Dallas, Texas  75201

WALTER D. WELLS, JR.
Donald L. Martin, Esq.
2800 Brazos
Houston, Texas  77002

BARRY L. BATTELSTEIN, Pro Se.
Barry L. Battelstein, Esq.
5373 W. Alabama, Suite 305
Houston, Texas  77056

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Letterman Transaction Services, Inc. ✓ | A-1,3,10, |
| Letterman Brothers ✓ | A-1,3,4,5,6,7,8,9,10, |
| Bryce L. Letterman ✓ | A-1,3,4,5,6,7,8,9,10, |
| Scott M. Letterman ✓ | A-1,3,10, |
| BancTexas Dallas N.A. f/k/a National Bank of Commerce of Dallas Texas ✓ | A-1,2, |
| Walter D. Wells, Jr. ✓ | A-2,3,10, |
| Barry L. Battelstein | A-2,3,10, |
| Letterman Brothers Energy Program 1980-2 ✓ | A-3,4,10, |
| Marty MacClaskey d/b/a Eureka Crude Purchasing ✓ | A-4,8, |
| Letterman Brothers Energy Program 1980-10 ✓ | A-5, |
| Total Petroleum, Inc. ✓ | A-5,9, |

p. _____

| | |
|---|---|
| Letterman Brothers Energy Program 1981-3 ✓ | A-6, |
| Square Deal Oil Co., Inc. ✓ | A-6, |
| Letterman Brothers Energy Program 1981-6 ✓ | A-3, 7, 10, |
| Koch Oil Co. ✓ | A-7, |
| Letterman Brothers Energy Program 1981-9 ✓ | A-9, |
| Letterman Brothers Energy Program 1980-2 ✓ | |
| Letterman Brothers Energy Program 1980-6 ✓ | A-3, 10, |
| Letterm<sup>an</sup> Brothers Energy Program 1981-8 ✓ | A-3, 8, 10, |
| Wells Battelstein Oil & Gas, Inc. ✓ | A-3, 10, |
| B. Oil & Gas, Inc. | |
| | |