JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 25 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 560

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LETTERMAN BROTHERS ENERGY PROGRAM SECURITIES LITIGATION

TRANSFER ORDER*

This litigation consists of ten actions pending in three districts as follows: six actions in the District of Kansas, three actions in the Northern District of Texas, and one action in the Northern District of California. Presently before the Panel is a motion of a group of interrelated parties (the Letterman parties) to centralize all actions in the Northern District of Texas under 28 U.S.C. §1407. BancTexas Dallas N.A. (BancTexas), a defendant in the Texas actions, does not oppose transfer of the California action but does oppose transfer of the Kansas actions. The plaintiffs in the California action oppose transfer of their action.

On the basis of the papers filed,[1/] the Panel finds that transfer of only the California action under Section 1407 to the Northern District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The California and Texas actions share numerous factual questions relating to the promotion, financing and sale of limited partnership interests in oil and gas drilling programs offered and managed by Letterman parties. Centralization of these actions is therefore necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. The Kansas actions, however, do not include allegations of violation of the federal or state securities laws, are basically actions in debt brought against particular Letterman energy programs, and have been stayed by court order as a result of the bankruptcy of the corporation that is the sole plaintiff in each action. Movants have failed to demonstrate the existence of sufficient common questions of fact and time-consuming discovery that would warrant centralization of the Kansas actions with the other actions in this docket.

We are persuaded that the Northern District of Texas is the appropriate transferee forum for this litigation. We note that three of the four actions are already pending there, and that many witnesses and documents are likely to be found in Texas, where the operator of the oil and gas programs, the bank that lent funds to the operator and was involved in financing the programs, and certain petroleum engineers and geologists are located.

---

* Judge Milton Pollack took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Northern District of California be, and the same hereby is, transferred to the Northern District of Texas and, with the consent of that court, assigned to the Honorable Robert M. Hill for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on the attached Schedule A.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. §1407, transfer of the actions listed on the attached Schedule A and pending in the District of Kansas be, and the same hereby is, denied.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

<u>MDL-560 -- In re Letterman Brothers Energy Program Securities
        Litigation</u>

### Northern District of California

<u>Richard J. Stuart, et al. v. Letterman Brothers Energy Program
1980-2, et al.</u>, N.D. California, C.A. No. C82-3700 EFL

### Northern District of Texas

<u>Donald A. Drake, et al. v. Letterman Transaction Services, Inc.,
et al.</u>, N.D. Texas, C.A. No. CA 3-82-1032-D

<u>Letterman Brothers Energy Program 1980-2, et al. v. BancTexas
Dallas, N.A., et al.</u>, N.D. Texas, C.A. No. CA-3-83-0051-C

<u>Richard J. Stuart, et al. v. Letterman Brothers Energy Program
1980-2, et al.</u>, N.D. Texas, C.A. No. CA-3-83-1063-H

### District of Kansas

<u>Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy
Program 1980-2</u>, D. Kansas, C.A. No. 83-1087

<u>Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy
Program 1980-10</u>, D. Kansas, C.A. No. 83-1090

<u>Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy
Program 1981-3</u>, D. Kansas, C.A. No. 83-1092

<u>Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy
Program 1981-6</u>, D. Kansas, C.A. No. 83-1088

<u>Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy
Program 1981-8</u>, D. Kansas, C.A. No. 83-1089

<u>Wells-Battelstein Oil & Gas, Inc. v. Letterman Brothers Energy
Program 1981-9</u>, D. Kansas, C.A. No. 83-1091